**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jeffrey Jackson                             CHAPTER 13

                Debtor(s)

BKY. NO. 17-14778 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust I and index same on the master mailing list.

                Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
07 Jun 2021, 13:45:40, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322