UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 30, 2021

To:  Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim CA   92806

        In re: Jeffrey Jackson
        Bankruptcy No. 17-14778-amc
        Adversary No.
        Chapter 13

Re: <u>Amended Transfer of Claim</u>

The above document(s) were filed in this office on 6/21/2021.   Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition
    ( )    Adversary Proceeding
    ( )    $31.00 Filing Fee for Amendments
    (x)    $26.00 Claims Transfer Fee   (Amended)- Claim Number 17-1
    ( )    Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

        Timothy B. McGrath
        Clerk


        By: Virginia S.  DeBuvitz
          Deputy Clerk

*Fee Notice*
*(11/26/18)*