United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14778-amc |
| Jeffrey Jackson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 03, 2021 | Form ID: 138OBJ | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Jackson, 9103 Ryerson Road, Philadelphia, PA 19114-3403 |
| 13951425 | + | Acs/nelnet Nhlp-iii/tr, Acs/Education Services, Po Box 7051, Utica, NY 13504-7051 |
| 13951429 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13951430 | | Bureau of Collection & Taxpayer Services, P.O. Box 281041, Harrisburg, PA 17128-1041 |
| 13969677 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13951434 | + | Ccs/bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221-0215 |
| 13951446 | + | First National Credit Card/Legacy, First National Credit Card, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 13951447 | + | First Svgs Bk-blaze, Po Box 5096, Sioux Falls, SD 57117-5096 |
| 14275777 | + | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263, 8 75266-0263 |
| 13951448 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13951451 | | Laboratory Corp. of America Holdings, P.O. Box 2240, Burlington, NC 27216-2240 |
| 13972784 | | NELNET EDUCATION FUNDING TRUST on behalf of Educat, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 13951452 | | Nazareth Hospital, A Member of Mercy Health System, P.O. 824840, Philadelphia, PA 19182-4840 |
| 13951455 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14017270 | + | PINGORA LOAN SERVICING, LLC, CENLAR FEDERAL SAVINGS BANK, BK Department, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14602298 | + | PINGORA LOAN SERVICING, LLC, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13951454 | | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 13951457 | | Retention Center, P.O. Box 13718, Philadelphia, PA 19101-3718 |
| 13951458 | + | Stabilis Split Rock JV, LLC, P.O. Box 547-B, Lake Harmony, PA 18624-0819 |
| 13951460 | | Surge Card, P.O. Box 31292, Tampa, FL 33631-3292 |
| 13951462 | + | Tiffany Scalia, 655 E. Allegheny Avenue, Philadelphia, PA 19134-2330 |
| 14615274 | + | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road Anaheim, CA 92806-5948 |
| 14613900 | + | Wilmington Savings Fund Society, FSB, as trustee o, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13951456 | | philadelphia parking authority, 2467 grant avenue, Philadelphia, PA 19114-1004 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 03 2021 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 03 2021 23:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13964430 | | Email/Text: ally@ebn.phinsolutions.com | Dec 03 2021 23:25:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |

Case 17-14778-amc    Doc 82    Filed 12/05/21    Entered 12/06/21 00:35:35    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 138OBJ | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 13951427 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 03 2021 23:25:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 13994668 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2021 23:34:50 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13951429 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 03 2021 23:25:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14032723 | | Email/Text: megan.harper@phila.gov | Dec 03 2021 23:25:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13951431 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2021 23:34:52 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13951433 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2021 23:34:55 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 13951435 | + | Email/Text: clientservices@credit-control.com | Dec 03 2021 23:25:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 13951436 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 23:34:53 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13951437 | + | Email/Text: megan.harper@phila.gov | Dec 03 2021 23:25:00 | City of Philadelphia, Dept. of Revenue, Municipal Services Building Concourse, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 13951439 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 03 2021 23:34:52 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13951440 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 03 2021 23:25:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13951450 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 03 2021 23:25:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 13951459 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Dec 03 2021 23:25:00 | State Farm Financial S, 1 State Farm Plaza, Bloomington, IL 61710 |
| 13994635 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2021 23:34:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14007022 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 03 2021 23:25:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 13996013 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2021 23:34:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13951956 | | Email/PDF: rmscedi@recoverycorp.com | Dec 03 2021 23:34:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13951453 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 03 2021 23:25:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13961838 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13994389 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 03 2021 23:25:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13994251 | | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2021 23:25:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13951461 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 23:34:54 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13964046 | + | Email/Text: electronicbkydocs@nelnet.net | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 138OBJ | Total Noticed: 50 |

|  |  | Dec 03 2021 23:25:00 | U.S. Department of Education C/O Nelnet, 121 S 13 St, Suite 201, Lincoln, NE 68508-1911 |
|---|---|---|---|
| 13951463 | Email/Text: megan.harper@phila.gov | Dec 03 2021 23:25:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13951426 | *+ | Acs/nelnet Nhlp-iii/tr, Acs/Education Services, Po Box 7051, Utica, NY 13504-7051 |
| 13951428 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 13951432 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13951441 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13951442 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13951443 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13951444 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13951445 | *+ | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 13951449 | * | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 14282160 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14361516 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13951438 | ##+ | Continental Finance Co, Cfc, 121 Continental Dr #108, Newark, DE 19713-4326 |

TOTAL: 0 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Jeffrey Jackson dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor Pingora Loan Servicing  LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Flagstar Bank  FSB paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 03, 2021 | Form ID: 138OBJ | Total Noticed: 50 |

MARIO J. HANYON
    on behalf of Creditor Pingora Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pingora Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor Pingora Loan Servicing LLC robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor Pingora Loan Servicing LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

Case 17-14778-amc    Doc 82    Filed 12/05/21    Entered 12/06/21 00:35:35    Desc Imaged
Certificate of Notice    Page 4 of 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jeffrey Jackson
      Debtor(s)

Case No: 17−14778−amc
Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/3/21